UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>JUAN TORRES-VALENCIA,<br><br>                                    Defendant. | Case No.: 11cr5171-LAB-1 and 17cv2397-LAB (JLB)<br><br>**ORDER TO SHOW CAUSE RE: SUMMARY DENIAL OF PETITION** |

Pursuant to a plea agreement, Defendant Juan Torres-Valencia, a Mexican national, pled guilty to one count of importation of marijuana. On April 19, 2012, he was sentenced to five years' probation.

Now, over seven and a half years later, through counsel, he has filed a petition for writ of *coram nobis*. Torres-Valencia now claims his guilty plea was involuntary, because his previous attorney failed to warn him that as a result of his guilty plea, he might be deported.

In his plea agreement, Torres-Valencia stipulated to removal. (*See* Docket no. 15 at 9:25–10:5.)  Torres-Valencia initialed that page, and signed the agreement. Magistrate Judge William Gallo found that Torres-Valencia's attorney had explained the terms of the plea agreement to him. (*See* Docket no. 13 at 23.)

Moreover, Torres-Valencia's petition does not explain why he waited seven and a half years to challenge the voluntariness of his own guilty plea. *See United States v. Abramian*, 2014 WL 4702584 at *3–4 (C.D. Cal., Sept, 22, 2014) (citing authority for the proposition that unexplained delays of four years or more warranted denial of a writ of *coram nobis*). *See also United States v. Riedl*, 496 F.3d 1003, 1008 (9th Cir. 2007) (citing *Hirabayashi v. United States,* 828 F.2d 591, 604 (9th Cir. 1987) (holding that a *coram nobis* petitioner bears the initial burden of offering valid reasons for a delay in seeking relief).

Torres-Valencia is therefore **ORDERED TO SHOW CAUSE** why his petition should not summarily be denied, both as meritless (because he in fact knew he would be removed) and as untimely (because he waited over seven and a half years after pleading guilty and after agreeing to removal before seeking the writ). He may do so by filing a memorandum of points and authorities not longer than seven pages, by **January 29, 2018**. If he fails to show cause within the time permitted, the petition will be summarily be denied.

**IT IS SO ORDERED**.

Dated: January 4, 2018

Hon. Larry Alan Burns
United States District Judge