UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 11cr5171-LAB-1 and 17cv2397-LAB (JLB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: SUMMARY DENIAL OF PETITION** |
| JUAN TORRES-VALENCIA, | |
| Defendant. | |

Juan Torres-Valencia pled guilty to importation of marijuana and on April 19, 2012 was sentenced to time served and five years' probation. In his plea agreement, he stipulated to removal.

Then on November 29, 2017, through counsel, he filed a *coram nobis* petition, arguing that his plea was involuntary because his counsel failed to warn him he might be deported. Because the petition was after he was out of custody and well after he realized he was in danger of deportation, the Court ordered him to show cause why the petition should not be summarily denied as untimely. He filed a response, which was inadequate, and the Court issued a second order on September 21, 2018 requiring him to file a supplementary response within 21 calendar days. The order informed him what information he needed to provide.

///

Torres-Valencia, however, has not filed anything since then, either in the civil or criminal docket.  He is **ORDERED** to file his response to the Court's September 21, 2018 order **forthwith**, and in no event later than **January 30, 2019**.

Torres-Valencia bears the burden of showing that the timeliness requirement is met. *See Hirabayashi v. United States*, 828 F.2d 591, 604 (9th Cir. 1987). Because he has been given multiple opportunities to address this issue and has failed to do so, failure to respond will be construed as an admission that he has no good explanation for his delay in seeking relief, and an abandonment of his claim.

If Torres-Valencia files a response, the government shall respond to the petition by **February 25, 2019**.

Although this case is enumerated and docketed both as a criminal and a civil case, the Court has determined that General Order 688 should not apply to this case.  This case in its entirety remains active, and the parties should observe the deadlines set in this order. If because of the lapse in appropriations they need more time, the parties may seek it by joint or *ex parte* or motion.

**IT IS SO ORDERED**.

Dated:  January 16, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge